UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>KEENAN MCLAUGHLIN,  )<br>  )<br>   Defendant.  )<br>  ) | Case No. 5:24-cr-00118-GFVT-EBA<br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Edward B. Atkins. [R. 45.] The recommendation instructed the parties to file any specific written objections within fourteen days after being served with the decision, or else waive the right to further review. *Id*. at 3. Neither party objected and the time to do so has now passed. Upon review, the Court is satisfied that Defendant Keenan McLaughlin knowingly and competently pled guilty to the Counts 1 and 3 and that an adequate factual basis supports the plea as to each of those counts. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Atkins's Recommendation to Accept Guilty Plea **[R. 45]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Keenan McLaughlin is **ADJUDGED** guilty of Counts 1 and 3 of the Indictment; and

3. The Defendant's Jury Trial is **CANCELLED**.

This the 19th day of May 2025.

Gregory F. Van Tatenhove
United States District Judge